# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jan 24, 2024
SEAN F. McAVOY, CLERK

KYLE R. SPENCER,

*Plaintiff*

v.

TAMARA SALUSKIN, et al.,

*Defendant*

Civil Action No. 2:23-CV-00283-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant Crystal Buck's Motion to Dismiss, ECF No. 6, is GRANTED.
The Yakama Nation Defendants' Motion to Dismiss, ECF No. 11, is GRANTED.
Plaintiff's Motion to Strike and Deny Motion to Dismiss, ECF No. 18, is DENIED.
Pursuant to the Order filed at ECF No. 20, Judgment is entered in favor of Defendants and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Stanley A. Bastian    .

Date: 1/24/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza